LISA A. McCLANE, ESQ.
Nevada Bar No. 10139
JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169
E-Mail: lisa.mcclane@jacksonlewis.com
E-Mail: joshua.sliker@jacksonlewis.com
Telephone: (702) 921-2460
Facsimile: (702) 921-2461

*Attorneys for Defendant*
*Manpower US, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KISHA GRIFFIN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MANPOWER US, INC., a Delaware Corporation; STATE OF NEVADA DEPARTMENT OF CORRECTIONS; DOES 1 through 100, and ROE ENTITIES A through Z, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-02492-JAD-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT MANPOWER US, INC. TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT (ECF No. 4)** |

///
///
///
///
///
///
///
///
///

IT IS HEREBY STIPULATED and AGREED, by and between Plaintiff KISHA GRIFFIN ("Plaintiff" or "Griffin"), and Defendant MANPOWER US, INC. ("Defendant" or "Manpower"), through their respective counsel of record, that Defendant Manpower shall have up to and including February 20, 2018 to answer or otherwise respond to Plaintiff's First Amended Complaint (ECF No. 4).

| | |
|---|---|
| DATED: February 13, 2018 | DATED: February 13, 2018 |
| JACKSON LEWIS, P.C. | PAUL PADDA LAW, PLLC |
| /s/Joshua A. Sliker<br>JOSHUA A. SLIKER, ESQ.<br>Nevada Bar No. 12493<br>3800 Howard Hughes Parkway, Ste. 600<br>Las Vegas, Nevada 89169<br>T: (702) 921-2460<br>F: (702) 921-2461<br>*Attorneys for Defendant*<br>*Manpower US, Inc.* | /s/Paul S. Padda<br>PAUL S. PADDA, ESQ.<br>Nevada Bar No. 10417<br>JOSHUA Y. ANG, ESQ.<br>Nevada Bar No. 14026<br>4240 West Flamingo Road, Ste. 220<br>Las Vegas, Nevada 89103<br>T: (702) 366-1888<br>F: (702) 366-1940<br>*Attorneys for Plaintiff* |

## ORDER

**IT IS SO ORDERED.**

DATED this __15th__ day of February, 2018.

_____
U.S. MAGISTRATE/JUDGE

SUBMITTED BY:

/s/Joshua A. Sliker
JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
3800 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169
*Attorneys for Defendant*
*Manpower US, Inc.*